In the Matter of the Claim of CATHERINE GEHAN against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — railroads — claim for death of employee of railroad dismissed upon ground that he was employed in interstate commerce.*

*Gehan* v. *N. Y. Central R. R. Co.*, 210 App. Div. 817, affirmed.

(Argued January 21, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 1, 1924, reversing an award of the State Industrial Board made under the Workmen's Compensation Law and dismissing a claim for the death of a yard brakeman in the employ of respondent upon the ground that at the time of receiving the injury resulting in his death he was employed in interstate commerce.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for appellant.

*E. W. Hamm* for claimant.

*Robert E. Whalen* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.